IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LEROY HARVEY,

    Petitioner,

v.

WARDEN PHILIP HALL,

    Respondent.

CIVIL ACTION NO.: 6:16-cv-17

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Petitioner Leroy Harvey ("Harvey") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss and **DISMISSES** Harvey's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and **DENIES** Harvey *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ____ day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA